Ten Eyck T. Mosher, Respondent, v. Hereward Von Der Decken and Another, Appellants. Erastus Corning and Others, Appellants. Ida Lewis, Respondent, v. Hereward Von Der Decken and Another, Appellants. Erastus Corning and Others, Appellants. Harry Maistelman and Another, Respondents, v. Hereward Von Der Decken and Another, Appellants. Erastus Corning and Others, Appellants. Joseph Mandelbaum and Louis Silberman, Respondents, v. Hereward Von Der Decken and Another, Appellants. Erastus Corning and Others, Appellants. Nathan Zimmerman and Others, Respondents, v. Hereward Von Der Decken and Another, Appellants. Ledyard Cogswell, Sr., Appellant.— Motion granted. The consolidated appeals to be perfected and presented for argument at the May order and general calendar

term, 1930. Present — Hinman, Acting P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.